UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASHUNA RICHARDS and
EDDIE HARRIS,

       Plaintiffs,                         Civil Case No. 16-13520
                                                 Honorable Linda V. Parker

v.

CITY OF JACKSON and
MATHEW PETERS, in his
individual and official capacities,

       Defendants.
_____/

## OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS (ECF NO. 64)

Defendant, Mathew Peters, filed a Notice of Appeal from this Court's August 27, 2018 Order granting, in part, and denying, in part, Defendants' Motion for Summary Judgment. (ECF Nos. 45, 59 & 62.) In due course, Defendant has requested the Court, through the instant motion, to stay proceedings pursuant to Fed. R. Civ. P. 62(b)(4) and Fed. R. App. P. 8(a)(1)(A). (ECF No. 64.)

A proper notice of appeal divests the district court of jurisdiction and transfers jurisdiction to the court of appeals. *Lewis v. Alexander*, 987 F.2d 392, 394 (6th Cir. 1993). Therefore, as a matter of course, the Court will grant Defendant's motion for stay of proceedings pending the disposition of Defendant's appeal.

1

Accordingly,

**IT IS ORDERED** that Defendant's motion for stay of proceedings (ECF No. 64) is **GRANTED**.

**IT IS SO ORDERED**.

                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: October 15, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 15, 2018, by electronic and/or U.S. First Class mail.

                                    s/ R. Loury
                                    Case Manager