# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DASHUNA RICHARDS and
EDDIE HARRIS,

      Plaintiffs,          CASE NO.: 4:16-cv-13520
                                  HON. LINDA V. PARKER
v.                               MAG JUDGE ELIZABETH A. STAFFORD

MATTHEW PETERS,

      Defendant.

_____

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of action be dismissed with prejudice, and without costs, interest or attorney fees to either party.

By */s/Amy J. DeRouin w/consent*      By */s/Audrey J. Forbush*
   AMY J. DeROUIN (P70514)            AUDREY J. FORBUSH (P41744)
   Attorney for Plaintiffs                     Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DASHUNA RICHARDS and
EDDIE HARRIS,

        Plaintiffs,        CASE NO.:  4:16-cv-13520
                                   HON. LINDA V. PARKER
v.                                 MAG JUDGE ELIZABETH A. STAFFORD

MATTHEW PETERS,

        Defendant.
_____

## ORDER OF DISMISSAL

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed with prejudice, and without costs, interest or attorney fees to either party.

**This resolves the last pending claims in this matter and closes the case.**

**IT IS SO ORDERED**.

                                           s/Linda V. Parker
                                           **U.S. DISTRICT COURT JUDGE**

Dated: June 19, 2020